**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Forest Ambulatory Surgical Assocs., L.P., d.b.a. Forest Surgery Center<br><br>        Plaintiff,<br>  v.<br><br>United Healthcare Ins. Co.,<br><br>        Defendant. | NO. C 10-04911 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

This case is scheduled for an Case Management Conference on March 14, 2011. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 33.) In their Statement, the parties indicate that Defendant has filed a dispositive Motion to Dismiss[1] and a Motion to Transfer Venue[2] which are set for hearing on April 25, 2011. In light of the pending dispositive Motions, the Court finds the Conference premature at this time. Accordingly, the Court VACATES the March 14 Conference. The Court will set a new conference date in its Order addressing the pending Motions, if necessary.

Dated: March 9, 2011

                                        JAMES WARE
                                        United States District Chief Judge

---

[1] (See Docket Item No. 23.)

[2] (See Docket Item No. 25.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bryan Scott Westerfeld bwesterfeld@calemployerlaw.com
Greg B Sherman gsherman@health-law.com
Larry Andrew Walraven lwalraven@calemployerlaw.com

**Dated: March 9, 2011**                                    **Richard W. Wieking, Clerk**

                                                            **By:    /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**