DARON L. TOOCH (State Bar No. 137269)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: dtooch@health-law.com

KATHERINE R. MILLER (State Bar No. 247390)
**HOOPER, LUNDY & BOOKMAN, P.C.**
575 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 875-8500
Facsimile: (415) 875-8519
E-Mail: kmiller@health-law.com

Attorneys for Plaintiff Forest Ambulatory Surgical Associates, L.P. doing business as Forest Surgery Center

**IT IS SO ORDERED**
Judge Edward J. Davila
8/2/2011

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREST AMBULATORY SURGICAL ASSOCIATES, L.P., doing business as FOREST SURGERY CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY and DOES 1 through 20,<br><br>Defendants. | CASE NO. CV10-04911 EJD<br>(Case Assigned for All Purpose to Hon. Edward J. Davila)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>(Santa Clara Superior Court Number: 110CV183843)<br><br>Complaint Filed:   Sept. 29, 2010 |

Plaintiff, FOREST AMBULATORY SURGICAL ASSOCIATES ("Forest") and Defendant, UNITED HEALTHCARE INSURANCE COMPANY ("United"), hereby agree to extend the deadline to file the Second Amended Complaint based on the following reasons:

(1)     Forest has requested from United, but not yet received, all of the ERISA plan documents and summary plan descriptions for the claims at issue in this case. The parties anticipate that three additional weeks will provide

1 sufficient time for United to provide the plan documents and for Forest to
2 review and incorporate relevant plan terms as appropriate in its amended
3 pleading.
4    (2)   Forest has recently become aware of additional unpaid and/or underpaid
5 claims that may be appropriate to add to this lawsuit. Being granted three
6 weeks of additional time to evaluate the potential new claims would enable
7 Forest to file a more complete Second Amended Complaint.

**IT IS SO STIPULATED.**

DATED: July 29, 2011          HOOPER, LUNDY & BOOKMAN, P.C.

By: _____
KATHERINE R. MILLER
Attorneys for Plaintiff Forest Ambulatory Surgical Associates, L.P. doing business as Forest Surgery Center

DATED: July 29, 2011          WALRAVEN & LEHMAN LLP

By: _____
BRYAN S. WESTERFELD
Attorneys for Defendant United Healthcare Insurance Company

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that, good cause having been shown, Forest Ambulatory Surgical Center's deadline to file its Second Amended Complaint is extended from August 12, 2011 to September 2, 2011.

**IT IS SO ORDERED.**

DATED: August 2, 2011



By: _____
Honorable Edward J. Davila
United States District Court Judge

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

2037762.1

CV10-04911 EJD
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT