1  DARON L. TOOCH (State Bar No. 137269)
   JOHN P. MCLOUGHLIN (State Bar No. 271148)
2  **HOOPER, LUNDY & BOOKMAN, P.C.**
   1875 Century Park East, Suite 1600
3  Los Angeles, California  90067-2517
   Telephone: (310) 551-8111
4  Facsimile: (310) 551-8181
   E-Mail:      dtooch@health-law.com
5  E-Mail:      jmcloughlin@health-law.com

6  KATHERINE R. MILLER (State Bar No. 247390)
   **HOOPER, LUNDY & BOOKMAN, P.C.**
7  575 Market Street, Suite 2300
   San Francisco, CA  94105
8  Telephone: (415) 875-8500
   Facsimile: (415) 875-8519
9  E-Mail:      kmiller@health-law.com

10 Attorneys for Plaintiff Forest Ambulatory
   Surgical Associates, L.P. doing business as Forest
11 Surgery Center



8/24/2011

12

13                **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15

16 FOREST AMBULATORY SURGICAL          CASE NO. CV10-04911 EJD
   ASSOCIATES, L.P., doing business as   (Case Assigned for All Purposes to Hon.
17 FOREST SURGERY CENTER,                Edward J. Davila)

18              Plaintiff,             **JOINT STIPULATION AND [PROPOSED]**
                                       **ORDER FURTHER EXTENDING TIME**
19       vs.                           **TO FILE SECOND AMENDED**
                                       **COMPLAINT**
20 UNITED HEALTHCARE INSURANCE
   COMPANY and DOES 1 through 20,       (Santa Clara Superior Court Number:
21                                      110CV183843)
                Defendants.
22                                      Complaint Filed:      Sept. 29, 2010

23

24

25 ///

26 ///

27 ///

28 ///

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1  Plaintiff, FOREST AMBULATORY SURGICAL ASSOCIATES ("Forest") and

2  Defendant, UNITED HEALTHCARE INSURANCE COMPANY ("United" and, together with

3  Forest, the "Parties"), hereby submit, through their undersigned counsel of record, the following

4  Stipulation and Proposed Order.

5  **STIPULATION**

6  Pursuant to the Parties' prior Stipulation and Court Order, entered by the Court on August

7  2, 2011 (Dkt. # 49), Forest's deadline to file its Second Amended Complaint was extended from

8  August 12, 2011 to September 2, 2011.  For the following reasons, the Parties hereby agree to

9  further extend the deadline to file the Second Amended Complaint:

10  (1)  Since the entry of the original Stipulation and Court Order on August 2, 2011, the

11  principal attorney representing Forest in this matter, Katherine R. Miller of Hooper,

12  Lundy & Bookman, P.C., has taken leave for unexpected medical reasons.  Ms.

13  Miller is not expected to return for several months at a minimum.  As a result, a

14  new attorney will require time to become familiar with the issues and materials

15  associated with this matter.  The Parties anticipate that sixty (60) additional days

16  will provide sufficient time for this transition.

17  (2)  Forest has requested from United, but not yet received, all of the ERISA plan

18  documents and summary plan descriptions for the claims at issue in this case.  The

19  Parties anticipate that the additional sixty (60) days will provide sufficient

20  opportunity for United to provide the plan documents and for Forest to review and

21  incorporate relevant plan terms as appropriate in its amended pleading.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1101689.1

1  CV10-04911 EJD

(3)   Forest has recently become aware of additional unpaid and/or underpaid claims that may be appropriate to add to this lawsuit. The Parties anticipate that being granted sixty (days) of additional time to evaluate the potential new claims would enable Forest to file a more complete Second Amended Complaint.

**IT IS SO STIPULATED.**

DATED: August 23, 2011                          HOOPER, LUNDY & BOOKMAN, P.C.

                                                By: _____
                                                       DARON L. TOOCH
                                                Attorneys for Plaintiff Forest Ambulatory Surgical
                                                Associates, L.P. doing business as Forest Surgery
                                                Center

DATED: August 23, 2011                          WALRAVEN & LEHMAN LLP

                                                By: _____
                                                       BRYAN S. WESTERFELD
                                                Attorneys for Defendant United Healthcare Insurance
                                                Company

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1101689.1

1

# [~~PROPOSED~~] ORDER

2

3      IT IS HEREBY ORDERED that, good cause having been shown, Forest Ambulatory

4   Surgical Associates' deadline to file its Second Amended Complaint is further extended from

5   September 2, 2011 to **October 1, 2011**

6      The Court sets a Case Management Conference on **December 9, 20011 at 10:00 a.m.**  On

7   or before **December 2, 2011,** the parties shall file a joint case management conference statement.

8   Dated: August 24, 2011              By:_____

9                                           Honorable Edward J. Davila
                                         United States District Court Judge

10

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1101689.1

CV10-04911 EJD

JOINT STIPULATION AND [PROPOSED] ORDER
FURTHER EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT