1  LARRY A. WALRAVEN (S.B.# 143327)
   lwalraven@calemployerlaw.com
2  BRYAN S. WESTERFELD (S.B.# 218253)
   bwesterfeld@calemployerlaw.com
3  WALRAVEN & LEHMAN LLP
   120 Vantis, Suite 535
4  Aliso Viejo, California 92656
   Telephone: (949) 215-1990
5  Facsimile: (949) 215-1999

6  Attorneys for Defendant
   United HealthCare Insurance Company
7

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | FOREST AMBULATORY SURGICAL          | Case No.  10-CV-04911 EJD
   | ASSOCIATES, L.P., doing business as |
12 | FOREST SURGERY CENTER,              |
   |                Plaintiff,           |
13 |                                     | **STIPULATION AND
   |                                     | [PROPOSED] ORDER TO
14 |           v.                        | EXTEND TIME TO ANSWER
   |                                     | OR OTHERWISE RESPOND TO
15 | UNITED HEALTHCARE INSURANCE         | SECOND AMENDED
   | COMPANY, et al.,                    | COMPLANT**
16 |                                     |
   |                Defendant.           | (Local Rule 6-1(b))
17 |                                     |
   |                                     | (Santa Clara Superior
18 |                                     | Court Number: 110CV183843)

1  Plaintiff Forest Ambulatory Surgical Associates, L.P. ("Plaintiff") and Defendant United HealthCare Insurance Company ("United") hereby submit, through their undersigned counsel of record, the following Stipulation and Proposed Order to extend the time for United to move, answer or otherwise respond to the Second Amended Complaint by 60 days to December 16, 2011.

**WHEREAS** Plaintiff filed a Second Amended Complaint in this action on September 30, 2011;

**WHEREAS**, the deadline for United to move, answer or otherwise respond to Plaintiff's Second Amended Complaint currently is October 17, 2011;

**WHEREAS** Plaintiff's Second Amended Complaint contains over 100 pages of new allegations, includes four new causes of action, and names 127 new defendants;

**WHEREAS** the newly-added defendants have not yet been served with the Second Amended Complaint;

**WHEREAS** United needs additional time to, among other things, investigate the new matters asserted in the Second Amended Complaint and prepare a responsive motion or answer;

**WHEREAS** at this juncture, United contemplates that it will file a motion to dismiss under FRCP 12(b)(6);

**WHEREAS** there have been no prior extensions to respond to the Second Amended Complaint;

**WHEREAS** no party will be prejudiced by extending the time for United to move, answer or otherwise respond to the Second Amended Complaint;

**WHEREAS** Plaintiff and United agree it is in the best interest of both sides to extend the time for United to move, answer or otherwise respond to the Second Amended Complaint.

///

///

NOW, THEREFORE, Plaintiff and United stipulate pursuant to Local Rule 6-1(b) of the Local Rules of the United States District Court for the Northern District of California to extend the time within which United may answer or otherwise respond to the Second Amended Complaint by sixty (60) days until December 16, 2011. This extension will not alter the date of any event or deadline already affixed by Court order.

IT IS SO STIPULATED.

Dated: October 13, 2011                    HOOPER LUNDY & BOOKMAN

                                           By: _____
                                               John McLoughlin

                                           Attorneys for Plaintiff,
                                           Forest Ambulatory Surgical Associates, L.P.

Dated: October 13, 2011                    WALRAVEN & LEHMAN LLP

                                           By: _____
                                               Bryan S. Westerfeld

                                           Attorneys for Defendant
                                           United Healthcare Insurance Company

**ABSENT EXTRAORDINARY CIRCUMSTANCES, NO FURTHER EXTENSIONS WILL BE GRANTED.**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: October 14, 2011                    _____
                                           Honorable Edward J. Davila
                                           United States District Judge