1    **LARRY A. WALRAVEN (S.B.# 143327)**
     **lwalraven@calemployerlaw.com**
2    **BRYAN S. WESTERFELD (S.B.# 218253)**
     **bwesterfeld@calemployerlaw.com**
3    **WALRAVEN & LEHMAN LLP**
     120 Vantis, Suite 535
4    Aliso Viejo, California 92656
     Telephone:  (949) 215-1990
5    Facsimile:  (949) 215-1999

6    Attorneys for Defendant,
     United HealthCare Insurance Company, UnitedHealth
7    Group, Inc., United HealthCare Services, Inc., and Ingenix,
     Inc.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12   FOREST AMBULATORY SURGICAL            Case No.   CV10-04911 EJD
     ASSOCIATES, L.P., doing business as Forest
13   SURGERY CENTER,                       **STIPULATION TO EXTEND PAGE**
                                           **LIMITATION FOR MOTION TO**
14              Plaintiff,                 **DISMISS SECOND AMENDED**
                                           **COMPLAINT UNDER FRCP 12(b)(6)**
15

16        v.                               (Santa Clara Superior
                                           Court Number:110CV183843)
17   UNITED HEALTHCARE INSURANCE
18   COMPANY, et al.,                      Date:   March 23, 2012
                                           Time:   9:00 a.m.
19              Defendants.                Dept.:   Ctrm. 8

20

21                                         Complaint Filed: Sept. 29, 2010

22

23

24

25

26

27

28

1    Plaintiff Forest Ambulatory Surgical Associates, L.P. ("Plaintiff") and Defendants

2    United HealthCare Insurance Company, UnitedHealth Group, Inc., United HealthCare

3    Services, Inc., and Ingenix, Inc. ("United") hereby submit, through their undersigned counsel

4    of record, the following Stipulation and Proposed Order to extend the page limitations for the

5    parties briefing on the motion to dismiss that United and other defendants intend to file in this

6    matter.

7    **WHEREAS** Plaintiff filed a Second Amended Complaint in this action on September

8    30, 2011;

9    **WHEREAS**, at the Case Management Conference held by the Court on December 9,

10   2011, the Court extended the time for all defendants to move, answer or otherwise respond to

11   the Second Amended Complaint in this matter to January 27, 2012 in order to allow United

12   time to attempt to coordinate its response with the 127 new defendants ;

13   **WHEREAS** counsel for United anticipates filing a motion to dismiss the Second

14   Amended Complaint on behalf of United and the new defendants;

15   **WHEREAS** given the number of claims raised by Plaintiff, the complexity of the

16   legal issues, and the number of defendants at issue in the Second Amended Complaint,

17   United has requested and Plaintiff has agreed to an extension of the normal page limitations

18   for briefing on a motion to dismiss in order to adequately address the legal issues involved;

19   **WHEREAS** Plaintiff and United agree that an additional 10 pages for initial briefing

20   (motion and opposition) and an additional 5 pages for reply will be sufficient, such that

21   United will be allowed 35 pages for their initial brief, Plaintiff will be allowed 35 pages for

22   its opposition  and United will be allowed 20 pages for their reply;

23   **WHEREAS** no party will be prejudiced and all parties will benefit by extending the

24   page limitations for the anticipated motion to dismiss;

25

26   ///

27

28   ///

1    **NOW, THEREFORE,** Plaintiff and United stipulate that the page limitations for the

2    anticipated motion to dismiss be extended as follows:

3        • United's Initial Brief        35 pages (total);

4        • Plaintiff's Opposition      35 pages (total);

5        • United's Reply               20 pages (total).

6

7    IT IS SO STIPULATED.

8    Dated: January 19, 2012          HOOPER LUNDY & BOOKMAN

9

10

11   By:  _____

12        Daron L. Tooch

13   Attorneys for Plaintiff,
     Forest Ambulatory Surgical Associates,
     L.P.

14

15   Dated: January 19, 2012          WALRAVEN & LEHMAN LLP

16

17   By:  _____

18        Bryan S. Westerfeld

19   Attorneys for Defendant
     United HealthCare Insurance Company,
     UnitedHealth Group, Inc., United
     HealthCare Services, Inc., and Ingenix, Inc.

20

21

22

23   **PURSUANT TO STIPULATION, IT IS SO ORDERED**

24   Dated: January 23, 2012          _____

25                                     Honorable Edward J. Davila
                                       United States District Judge

26

27

28

**PROOF OF SERVICE**

I, Kim Sullivan, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 120 Vantis, Suite 535, Aliso Viejo, California 92656. On January 19, 2012, I served the within documents:

**STIPULATION TO EXTEND PAGE LIMITATION FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT UNDER FRCP 12(b)(6)**

☐ by transmitting via facsimile machine the document(s) listed above to the fax number(s) set forth below on this date at approximately 3:41 PM. The outgoing facsimile machine telephone number in this office is (949) 215-1999. The facsimile machines used in this office create a transmission report for each outgoing facsimile transmitted. A copy of the transmission report(s) for the service of this document, properly issued by the facsimile machine(s) that transmitted this document and showing that such transmission was (transmissions were) completed without error, is attached hereto.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Aliso Viejo, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by putting a true and correct copy thereof, together with an unsigned copy of this declaration, in a sealed envelope designated by the carrier, with delivery fees paid or provided for, for delivery the next business day to the person(s) listed above, and placing the envelope for collection today by the overnight courier in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of overnight courier correspondence. In the ordinary course of business, such correspondence collected from me would be processed on the same day, with fees thereon fully prepaid, and deposited that day in a box or other facility regularly maintained by Worldwide Network, Inc., which is an express carrier.

Daron L. Tooch                            (310) 551-8111
Hooper, Lundy & Bookman          (310) 551-8181-FAX
1875 Century Park East, Suite 1600
Los Angeles, CA 90067

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 19, 2012 at Aliso Viejo, California.

_____
Kim Sullivan